THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KRISTEEN OSTERKAMP and TONYA BROWN OSTERKAMP, personally and on behalf of the ESTATE OF SCOTT KENNETH OSTERKAMP<br><br>Plaintiffs,<br><br>vs.<br><br>SALT LAKE COUNTY, et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-CV-00032<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.[1] The clerk of the court is directed to close this case.

Dated December 13, 2021.

BY THE COURT

_____
David Barlow
United States District Judge

---

[1] The court's previous order dismissing some claims with prejudice remains in effect. *See* Order dated September 21, 2021, ECF No. 56.